# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:14 cr 10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| SHEENA REALYN LONG, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the undersigned pursuant to a Motion for Release Pending Sentencing (#19) filed by counsel for Defendant. At the call of this matter on for hearing, Assistant United States Attorney John Pritchard, stated that the Government did not have any objection to the motion of the Defendant. Counsel for Defendant presented contentions to the undersigned that Defendant may well have already served her sentence in this matter and should Defendant continue to be detained pending the actual sentencing in this case, the Defendant may have served a sentence longer than necessary. Counsel for Defendant also presented to the Court that she had located a residential program where the Defendant could reside in McDowell County, North Carolina. As a result of the above referenced arguments, the undersigned has determined to enter an order allowing the motion of the Defendant.

1

# ORDER

**IT IS, THEREFORE, ORDERED** that the Motion for Release Pending Sentencing (#19) is **ALLOWED**.  The Defendant will be allowed to be released on terms and conditions of pretrial release that the undersigned has established in this matter at a time when a bed is available for the Defendant in the residential treatment program.

Signed: November 25, 2014

Dennis L. Howell
United States Magistrate Judge